UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

BRIAN DE JESUS-MELENDEZ,

Defendant.

**ORDER**

23 Cr. 444 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The violation of supervised release hearing scheduled for October 6, 2023 is

adjourned to October 10, 2023 at 3:00 p.m. in Courtroom 705 of the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        October 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge