UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>BRIAN DE JESUS MELENDEZ,<br><br>Defendant. | **ORDER**<br><br>23 Cr. 444 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        As stated in open court today, the Defendant is released on bail under the following conditions:

        (1) a $50,000 personal recognizance bond, co-signed by two financially responsible people; by October 17, 2023

        (2) home confinement enforced by electronic monitoring at the probation department's discretion;

        (3) surrender of all travel documents and no new applications for travel documents;

        (4) travel restricted to the Southern and Eastern Districts of New York; and

        (5) all other standard conditions of pretrial release.

Dated: New York, New York
       October 10, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge