**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2024

**BY ECF**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. De Jesus-Melendez*, 23 Cr. 444 (PGG)

Dear Judge Gardephe:

The Government writes on behalf of both parties to respectfully request that the Court adjourn for 90 days the status conference in the above-captioned violation of supervised release proceeding that is currently scheduled for Thursday, January 11, 2024, at 12:30 p.m. The defendant is currently engaged in plea negotiations with state prosecutors that may resolve his parallel state case. The defendant's next court date in his state case is scheduled for January 23, 2024. Meanwhile, U.S. Probation Officer Rosero has informed the Government that the defendant has been fully compliant with the conditions of his release. Officer Rosero has no objection to the parties' requested adjournment.

Accordingly, the parties request that the Court adjourn the January 11 status conference to on or about **Wednesday, April 10, 2024**.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Joseph H. Rosenberg
Assistant United States Attorney
(212) 637-2326

CC:   All Counsel of Record (by ECF)
       USPO Karen Rosero (by email)

**MEMO ENDORSED:** The conference currently scheduled for January 11, 2024, is adjourned to **April 8, 2024, at 2:00 p.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: January 5, 2024