**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 10, 2024

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. De Jesus-Melendez*, 23 Cr. 444 (PGG)

Dear Judge Gardephe:

    The Government writes on behalf of both parties to respectfully request that the Court adjourn for approximately 60 days the status conference in the above-captioned violation of supervised release proceeding that is currently scheduled for May 13, 2024, at 2:00 p.m. The defendant is currently engaged in plea negotiations with state prosecutors that may resolve his parallel state case. As the parties reported in their last letter to the Court (Dkt. 12), the defendant had a deadline of on or about April 26, 2024, to accept or reject a pending plea offer. The deadline was extended until June 7, 2024. Meanwhile, Probation has informed the Government that the defendant has been compliant with the conditions of his release. Probation has no objection to the parties' requested adjournment.

    Accordingly, the parties request that the Court adjourn the May 13 status conference to on or about **Monday, July 8, 2024**.

    Respectfully Submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Joseph H. Rosenberg
    Assistant United States Attorney
    (212) 637-2326

CC:    All Counsel of Record (by ECF)
           USPO Karen Rosero (by email)

**MEMO ENDORSED**
The Application is granted. The hearing is adjourned to July 8, 2024 at 2:00 p.m.
SO ORDERED:
_Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.
Dated: May 10, 2024