UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRIAN DE JESUS-MELENDEZ,<br><br>Defendant. | **ORDER**<br><br>23 Cr. 444 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Submissions on behalf of the Defendant or the Government for the hearing on July 18, 2024, if any, should be filed by Monday, July 15, 2024.

Dated: New York, New York
       July 11, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge